IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| Plaintiff, § | |
| § | CRIMINAL NO. |
| V. § | 21-CR-0155-DAE-7 |
| JOSEPH RICHARD GUERRERO § | |
| Defendant. § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE, UNITED STATES DISTRICT JUDGE FOR THE WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION:

Now comes Defendant, **JOSEPH RICHARD GUERRERO**, by and through his undersigned counsel, and respectfully moves this Honorable Court for an order continuing the following hearings and in support would show the following:

**I.**

Defendant's PLEA DEADLINE is scheduled for Friday, May 12, 2023. JURY SELECTION and TRIAL set for June 5, 2023.

**II.**

Undersigned Counsel needs additional time to review the discovery and confer with Adrian Rosales, Assistant United States Attorney regarding this matter.

**III.**

Undersigned Counsel respectfully requests a 60-day reset. Undersigned Counsel has attempted to seek a position on said Motion for Continuance from ADRIAN ROSALES, Assistant United States Attorney however, Counsel has received no response at the time of filing.

This Motion is made not for the purposes of delay, but that justice may be served. WHEREFORE, PREMISES CONSIDERED, Defendant, **JOSEPH RICHARD GUERRERO**,

respectfully requests this Honorable Court to grant this Motion for Continuance, and for such other and further relief as this Honorable Court deems just and proper.

        Respectfully submitted,

        MATTHEW T. ALLEN
        310 S. St. Mary's St., Suite 965
        San Antonio, TX 78205
        Tel: (210) 209-8163
        mtallenlaw@gmail.com

        <u>/s/ MATTHEW T. ALLEN</u>
        Matthew T. Allen
        State Bar No. 24070738

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and correct copy of the foregoing *Motion for Continuance* was electronically filed with the Clerk of this Honorable Court using the CM/ECF system which will send notification electronically to Adrian Rosales, Assistant United States Attorney.

SIGNED on this the 10th day of May 2023.

        <u>/s/ MATTHEW T. ALLEN</u>
        Matthew T. Allen

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br>**Plaintiff,** | §<br>§<br>§ | **CRIMINAL NO.** |
| **V.** | § | **21-CR-0155-DAE-7** |
| **JOSEPH RICHARD GUERRERO**<br>**Defendant.** | §<br>§<br>§ | |

## ORDER

On this date came on to be considered Defendant, **JOSEPH RICHARD GUERRERO's,** Motion for Continuance, and said Motion is hereby:

_____ GRANTED          _____ DENIED

SIGNED on this the \_\_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE